IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>         Plaintiff,<br><br>   v.<br><br>INSURGENT BRANDS, LLC D/B/A RXBAR,<br><br>         Defendant. | Civil Action No. 3:20-cv-00718-GCS |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.   Whereas Plaintiff Eric Foreman filed the above-referenced case against Defendant Insurgent Brands, LLC on August 21, 2020.

2.   Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4.   Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: September 22, 2020                    Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Phone: 412-857-5350

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of September, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

>                  */s/ Benjamin J. Sweet*
>                     Benjamin J. Sweet